OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 07 2015

8/5/2015
SCHONWALDER, KARL          Tr. Ct. No.                    WR-83,689
I have this day received and presented to the Court the original application for writ of habeas corpus.

Abel Acosta, Clerk

KARL SCHONWALDER
2199 56TH STREET
LUBBOCK, TX 79412

79412